# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NORTHSTAR SYSTEMS LLC, § § § *Plaintiff,* § § v. § CIVIL ACTION NO. 2:20-CV-00385-JRG § SHENZHEN ONEPLUS SCIENCE & § TECHNOLOGY CO., LTD., § § § *Defendant.* § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal With Prejudice (the "Stipulation") filed by Plaintiff Northstar Systems LLC ("Northstar") (Dkt. No. 12). In the Stipulation, Northstar notifies the Court that the above-captioned case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 18th day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE